UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YVONNE C. BOIKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　NO. CV-06-258-CI<br>)<br>)<br>)　**JUDGMENT IN A**<br>)　**CIVIL CASE**<br>)<br>) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceeding, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 20th day of April, 2007.

　　　　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　　　　　Deputy Clerk